**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MELVIN D BOZEMAN, JR.,                    )
                                          )
           Plaintiff,                     )
                                          )
      v.                                  )        No. 4:21-CV-780-JAR
                                          )
JUDGE CRAIG KENNEDY HIGGINS,              )
                                          )
           Defendant.                     )

## MEMORANDUM AND ORDER

This closed case is before the Court on self-represented plaintiff Melvin D Bozeman, Jr.'s "writ of error 'coram nobis' supplemental authority motion to reopen," which the Court construes as plaintiff's motion to reconsider the Court's order of dismissal dated July 21, 2021. *See* ECF Nos. 3 and 4. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend its memorandum and order and order of dismissal dated July 21, 2021. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits old arguments and cites inapplicable law. Plaintiff is therefore not entitled to reconsideration of the dismissal of his complaint, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "writ of error 'coram nobis' supplemental authority motion to reopen," which the Court construes as a motion to reconsider the dismissal of the complaint is **DENIED**.  [ECF No. 5]

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this _13th_ day of August, 2021.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE